# Nos. 21-3207 & 21-3280

## IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

**NATHANIEL JACKSON,** *Petitioner-Appellee/Cross-Appellant,*

v.

**MARK C. HOUK, Warden,** *Respondent-Appellant/Cross-Appellee*

## JOINT MOTION TO AMEND CAPTION & TO SUBSTITUTE WARDEN TIM SHOOP AS RESPONDENT-APPELLANT/CROSS-APPELLEE

Pursuant to Fed. R. App. P. 23(a) and/or 43(c), the parties move this Court to amend the case caption and to substitute Mr. Jackson's current custodian at Chillicothe Correctional Institution, Warden Tim Shoop, for his prior custodian, Mark C. Houk, as the Respondent-Appellant/Cross-Appellee.

In a federal habeas corpus proceeding that is on appeal, if the warden of the petitioner's institution is (or has been) succeeded by a new warden, or if the petitioner is (or has been) transferred to the custody of a new warden, the court of appeals properly substitutes the current or successor warden as the respondent and party to the proceedings. *See* Fed. R. App. P. 23(a) (upon transfer of inmate in habeas corpus

proceedings, successor custodian is substituted as party); Fed. R. App. P. 43(c)(2) ("When a public officer who is a part to an appeal . . . in an official capacity dies, resigns, of otherwise cease to hold office, the action does not abate. The public officer's successor is automatically substituted as a party. Proceedings following the substitution are to be in the name of the substituted party . . . An order of substitution may be entered at any time, but failure to enter an order does not affect the substitution.").

When he filed his petition for writ of habeas corpus in 2007 (*see* ECF No. 14), Mr. Jackson was incarcerated at the Ohio State Penitentiary, where Mark C. Houk was the warden. Currently, however, Mr. Jackson is incarcerated at Chillicothe Correctional Institution, where Warden Tim Shoop is his custodian.

Because Timothy Shoop is the warden where Mr. Jackson is currently incarcerated, this Court should substitute "Tim Shoop, Warden" for "Marc C. Houk, Warden" as the Respondent-Appellant/Cross-Appellee, while modifying the case caption accordingly. *See e.g.*, *Garcia v. Cromwell*, 28 F.4th 764 n.\* (7th Cir. 2022) (substituting new warden under Rule 43(c)); *Gamboa v. Daniels*, 26 F.4th 410 n.\* (7th Cir. 2022) (under Rule 23(c), substituting current warden as respondent).

Respectfully Submitted,

| | |
|---|---|
| **Deborah L. Williams** <br> Federal Public Defender | **DAVE YOST** <br> Ohio Attorney General |
| **Paul R. Bottei** <br> **Adam M. Rusnak** <br> Assistant Federal Public Defenders <br> Office of the Federal Public Defender <br>   for the Southern District of Ohio <br> 10 West Broad Street, Suite 1020 <br> Columbus, Ohio 43215-3469 <br> Tel.: (614) 469-2999 <br> Fax: (614) 469-5999 <br> Paul_Bottei@fd.org <br> Adam_Rusnak@fd.org | **Benjamin M. Flowers*** <br> Ohio Solicitor General <br> * Counsel of Record <br> **Diane R. Brey** <br> Deputy Solicitor General <br> 30 East Broad Street <br> 17th Floor <br> Columbus, Ohio 43215 <br> Tel.: (614) 466-8980 <br> benjamin.flowers@ <br>   ohioattorneygeneral.gov |
| /s/ *Paul R. Bottei* | /s/ *Benjamin M. Flowers* |
| Counsel for Nathaniel Jackson | Counsel for the Warden |

## CERTIFICATE OF SERVICE

      I certify that on March 23, 2023, I electronically filed this **Joint Motion To Amend Case Caption And To Substitute Warden Timothy Shoop as Respondent-Appellant/Cross-Appellee** with the Clerk of the United States Court of Appeals for the Sixth Circuit using the CM/ECF system, which will send notification of this filing to the email address of opposing counsel on file with the Court.

                                        /s/ *Paul R. Bottei*
                                        Assistant Federal Public Defender